**DISMISS and Opinion Filed July 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00233-CV**

_____

**MIGUEL LUGO, Appellant**
**V.**
**KESANI PRAVEEN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-00137-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated June 12, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240233F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MIGUEL LUGO, Appellant

No. 05-24-00233-CV     V.

KESANI PRAVEEN, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-24-00137-C.

Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 17, 2024